\*\*E-filed 4/3/06\*\*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PACIFIC NEWS SERVICE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Jeanne S. WOODFORD, Acting Secretary of the California Department of Corrections and Rehabilitation; Eddie S. Ylst, Acting Warden of San Quentin State Prison; and Does 1-50,<br><br>　　　　　　Defendants. | Case Number C 06 1793 JF RS<br><br>DEATH-PENALTY CASE<br><br>ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADING<br><br>[Docket No. 20] |

　　　Defendants move for an enlargement of time in which to file a responsive pleading in the present action—specifically, a motion to dismiss for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).  Plaintiff opposes the motion in part, contending that discovery in this action should be coordinated with discovery in the related action, *Morales v. Woodford*, Nos. C 06 219 JF RS & C 06 926 JF RS.  Plaintiff also requests that the Court schedule a case-management conference to discuss discovery.

　　　The question of whether PNS has stated a claim upon which relief can be granted is a legal question that the Court may consider and resolve following the evidentiary hearing in *Morales* on May 2 and 3, 2006.  The fact that this legal question remains pending, however, does not mean that discovery in the instant action should not proceed, and the Court already has noted

that judicial economy will be served to the extent that such discovery may overlap with discovery in *Morales*. Having provided this guidance, the Court sees no need for a specially-set case management conference at the present time.

Accordingly, and good cause therefor appearing, Defendants' motion is granted and Plaintiff's request is denied. The parties immediately shall coordinate discovery in the present action with discovery in *Morales* as much as is practicable and not unduly burdensome and shall commence discovery accordingly. Defendants shall file their motion to dismiss not later than May 30, 2006; Plaintiff shall file their opposition brief not later than June 20, 2006; Defendants shall file any reply brief not later than June 27, 2006. In addition to e-filing their briefs regarding the motion to dismiss, the parties shall e-mail the briefs to gok1@columbia.edu. The Court will hear oral argument on the motion to dismiss at 1:30 p.m. on July 13, 2006.

IT IS SO ORDERED.

DATED: April 3, 2006

_____
JEREMY FOGEL
United States District Judge