**E-filed 4/4/06**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PACIFIC NEWS SERVICE,<br><br>          Plaintiff,<br><br>          v.<br><br>Jeanne S. WOODFORD, Acting Secretary of the California Department of Corrections and Rehabilitation; Eddie S. Ylst, Acting Warden of San Quentin State Prison; and Does 1-50,<br><br>          Defendants. | Case Number C 06 1793 JF RS<br><br><u>DEATH-PENALTY CASE</u><br><br>PROTECTIVE ORDER |

In the related action of *Morales v. Woodford*, Nos. C 06 219 JF RS & C 06 926 JF RS, the Court has entered a protective order (docket no. 126). The Court deems it appropriate to enter a corresponding protective order in the present action.

Accordingly, and good cause therefor appearing, the Court hereby enters this Protective Order pursuant to Federal Rule of Civil Procedure 26(c).

Unless otherwise ordered by the Court, the name, address, date and place of birth, Social Security number, rank, job description (to the extent that it is not directly related to being a member of the execution team), race, color, religion, ethnicity, sex, age, sexual orientation, gender, physical description, and any other identifying information of any member of the execution team that is revealed to Plaintiff's attorneys in the course of the present litigation and

Case No. C 06 1793 JF RS
PROTECTIVE ORDER
(DPSAGOK)

1  that is not otherwise publicly available shall be "Protected Information" pursuant to this
2  Protective Order.
3      Protected Information is and shall remain confidential: it shall be revealed to and used by
4  only Plaintiff's attorneys. Plaintiff's attorneys shall not disclose Protected Information to anyone
5  without first obtaining express authorization to do so from the Court.[1]  A violation of this
6  Protective Order by any attorney may be punished by the Court as a contempt.
7      In the event that a party wishes to submit to the Court briefs or other materials that
8  disclose Protected Information, the party shall do so under seal via e-mail to
9  g_o_kolombatovich@cand.uscourts.gov.  However, copies of such materials shall be e-filed in
10 the public record with the Protected Information deleted and such deletion noted as made
11 pursuant to this Protective Order.
12     This Protective Order shall continue in effect after the conclusion of the present action.
13 The parties may request modification of this Protective Order upon entry of final judgment in the
14 present action.
15     IT IS SO ORDERED.

17 DATED: April 4, 2006

                                  JEREMY FOGEL
                                  United States District Judge

---

[1] Such authorization may be sought from and granted by the assigned magistrate judge.

Case No. C 06 1793 JF RS
PROTECTIVE ORDER
(DPSAGOK)