KEKER & VAN NEST, LLP
JON B. STREETER - #101970
WENDY J. THURM - #163558
AJAY S. KRISHNAN - #222476
KATHERINE FLOREY - # 241647
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
E-mail: jstreeter@kvn.com

ACLU FOUNDATION OF NORTHERN CALIFORNIA
ALAN SCHLOSSER - #49957
MICHAEL RISHER - #191627
1663 Mission, Suite 460
San Francisco, CA  94103
Telephone:  (415) 621-2493
Facsimile:  (415) 255-1478
E-mail: aschlosser@aclunc.org

Attorneys for Plaintiff
PACIFIC NEWS SERVICE

\*\*E-filed 5/26/06\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PACIFIC NEWS SERVICE,<br><br>                                    Plaintiff,<br><br>     v.<br><br>JAMES E. TILTON, Acting Secretary of the California Department of Corrections and Rehabilitation; EDDIE YLST, Acting Warden for the California State Prison at San Quentin,<br><br>                                    Defendants. | Case No. C 06 1793 JF RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DATE OF HEARING FOR DEFENDANTS' RULE 12(b)(6) MOTION**<br><br>Dept:        Courtroom 3, 5th Floor<br><br>Judge:      Hon. Jeremy Fogel |

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF HEARING
FOR DEFENDANTS' RULE 12(b)(6) MOTION
CASE NO. C 06 1793 JF RS

373738.01

Pursuant to Civil L.R. 6-2, the parties, by their undersigned counsel, hereby stipulate that the hearing on Defendants' Federal Rule of Civil Procedure Rule 12(b)(6) motion, currently scheduled for July 13, 2006, be continued to July 19, 2006, at a time to be set, below, by the Court.  This stipulation does not affect the briefing schedule for Defendants' 12(b)(6) motion.  The basis for this stipulation is as follows:

1. On March 28, 2006, Defendants moved to enlarge time to file an answer or other responsive pleading.  At that time, Defendants' deadline for filing an answer or other responsive pleading was March 29, 2006.  On April 3, 2006, the Court granted Defendants' motion, and established the following briefing and hearing schedule for Defendants' motion to dismiss:

- Defendants shall file their motion to dismiss not later than May 30, 2006
- Plaintiff shall file its opposition brief not later than June 20, 2006
- Defendants shall file their reply brief not later than June 27, 2006
- The Court will hear oral argument at 1:30 p.m. on July 13, 2006

*See* Order Granting Defendants' Motion to Enlarge Time to File Responsive Pleading, 2.

2. The hearing date established by the Court imposes a substantial burden on counsel for Plaintiff Pacific News Service.  Wendy J. Thurm, the PNS attorney responsible briefing and argument on the 12(b)(6) motion, will be on vacation for twelve days in early July.  This vacation was scheduled prior to the Court's April 3, 2006 order setting the hearing date.  Rescheduling or canceling the vacation to accommodate the July 13 hearing date would pose a substantial burden to Ms. Thurm.

3. Based on telephone calls with the Court's chambers and Dane Gillette, counsel for Defendants, it was learned that the Court, Mr. Gillette, and Ms. Thurm will all be available for a hearing on the Defendants' Rule 12(b)(6) motion on the afternoon of July 19, 2006.

4. The only other timing modification in this case is that at the commencement of this action, PNS filed a motion to shorten time on its contemporaneously filed (1) motion to relate this action to *Morales v. Woodford*, Case No. 05-219, and (2) motion to consolidate this action with *Morales*.  That motion to shorten time was precipitated by the imminent evidentiary hearing in the *Morales* litigation.  The motion to shorten time was granted.

5. The instant stipulated request to continue the hearing date for Defendants' motion to dismiss from July 13, 2006, to July 19, 2006 will have no foreseeable impact on the schedule for this case.

In light of the foregoing, IT IS HEREBY STIPULATED AND AGREED that the hearing on Defendants' Federal Rule of Civil Procedure Rule 12(b)(6) motion to dismiss will be continued to the afternoon of July 19, 2006, at a time to be set by the Court.

The time of the hearing shall be __1:30____ p.m.

Dated: May 25, 2006                                    KEKER & VAN NEST, LLP


By: /s/ Wendy J. Thurm
    WENDY J. THURM
    Attorneys for Plaintiff
    PACIFIC NEWS SERVICE


Dated: May 25, 2006                                    ATTORNEY GENERAL OF
                                                       THE STATE OF CALIFORNIA


By: /s/ Dane R. Gillette
    DANE R. GILLETTE
    Attorneys for Defendants
    JAMES E. TILTON and EDDIE YLST


**PURSUANT TO STIPULATION,
IT IS SO ORDERED.**

Dated: ___5/26/06____, 2006

By: _____
    HON. JEREMY FOGEL
    UNITED STATES DISTRICT JUDGE

2
STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF HEARING
FOR DEFENDANTS' RULE 12(b)(6) MOTION
CASE NO. C 06 1793 JF RS

373738.01