**E-filed 7/24/06**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PACIFIC NEWS SERVICE, | Case Number C 06 1793 JF RS |
| Plaintiff, | <u>DEATH-PENALTY CASE</u> |
| v. | ORDER DEFERRING DETERMINATION OF DEFENDANTS' MOTION TO DISMISS COMPLAINT |
| James E. TILTON, Acting Secretary of the California Department of Corrections and Rehabilitation, and Robert L. Ayers Jr., Acting Warden of San Quentin State Prison, | |
| Defendants. | [Docket No. 35] |

In light of the case-management considerations underlying the Court's decision not to consolidate the above-entitled action with the related matter of *Morales v. Tilton*, No. C 06 219 JF RS, and the rescheduling of the evidentiary hearing in *Morales* from May to September 2006, and good cause appearing therefor, the Court will defer determination of Defendants' Motion to Dismiss Complaint in the above-entitled action until after the evidentiary hearing in *Morales*. The Court will advise the parties if it desires supplemental briefing at that time.

IT IS SO ORDERED.

DATED: July 20, 2006

_____
JEREMY FOGEL
United States District Judge

Case No. C 06 1793 JF RS
ORDER DEFERRING DETERMINATION OF DEFENDANTS' MOTION TO DISMISS COMPLAINT
(DPSAGOK)