*E-FILED 8/11/06*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PACIFIC NEWS SERVICE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>James E. TILTON, Acting Secretary of the California Department of Corrections and Rehabilitation, and Robert L. Ayers Jr., Acting Warden of San Quentin State Prison,<br><br>　　　　　　Defendants. | Case Number C 06 1793 JF RS<br><br>DEATH-PENALTY CASE<br><br>ORDER REGARDING HEARING ON PLAINTIFF'S MOTION TO COMPEL<br><br>[] |

Plaintiff has filed a Motion to Compel (1) Further Investigation, (2) Supplemental Interrogatory Responses, (3) Production of Documents, and (4) Production of an Affidavit Describing Document Search Efforts, with oral argument scheduled on September 13, 2006.  In light of the case-management considerations underlying the district judge's Order Deferring Determination of Defendants' Motion to Dismiss Complaint as well as the scheduling by the district judge of the prehearing conference in the related matter of *Morales v. Tilton*, No. C 06 219 JF RS, on September 13, 2006, and good cause appearing therefor, the Court either will take Plaintiff's Motion under submission without oral argument or will defer oral argument on the Motion until after  the evidentiary hearing in *Morales*, which is scheduled for September 26 to 29, 2006.  The briefing schedule for the Motion to Compel shall remain unchanged by the

1  present Order.  The Court will advise the parties if it desires oral argument or supplemental
2  briefing following the evidentiary hearing in *Morales*.

*It is so ordered.*

DATED: August 11, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge