\*\*E-filed 8/18/06\*\*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PACIFIC NEWS SERVICE,<br><br>Plaintiff,<br><br>v.<br><br>James E. TILTON, Acting Secretary of the California Department of Corrections and Rehabilitation, and Robert L. Ayers Jr., Acting Warden of San Quentin State Prison,<br><br>Defendants. | Case Number C 06 1793 JF RS<br><br><u>DEATH-PENALTY CASE</u><br><br>ORDER DENYING DEFENDANTS' MOTION TO STAY DISCOVERY<br><br>[Docket No. 46] |

On July 20, 2006, the Court issued an order in which it deferred ruling on Defendants' motion to dismiss the complaint in the above-entitled action until after the evidentiary hearing in the related case, *Morales v. Tilton*, No. C 06 219 JF RS, which is scheduled for the last week of September 2006. Defendants now move for a stay of discovery pending the resolution of their motion to dismiss, citing conflicts that have arisen regarding the scheduling of two depositions in the present matter and preparation for the evidentiary hearing in *Morales*.

The Court previously ordered the parties to coordinate discovery in *Morales* and the present action because the issues presented by the two actions are closely related and the Court has set an expedited schedule for the resolution of these matters. Pursuant to such order, the plaintiff in *Morales* has not sought certain discovery to which he otherwise would be entitled in

1  reliance on the efforts of Plaintiff in the present action, Pacific News Service, to seek such
2  discovery.  Thus, a stay of discovery in this action would necessitate additional discovery efforts
3  by Morales in the final weeks before the evidentiary hearing in the related case, thereby affecting
4  adversely the orderly process that the coordination of discovery in the two actions was intended
5  to facilitate.  Moreover, Defendants have not made any showing of good cause for a stay beyond
6  a description of difficulties in scheduling two depositions, and the Court is concerned that a stay
7  would cause undue delay in the resolution of the present action.
8      Accordingly, in the interests of judicial economy, and good cause appearing therefor,
9  Defendants' Motion to Stay Discovery is denied.
10     IT IS SO ORDERED.

12 DATED: August 18, 2006

   _____
   JEREMY FOGEL
   United States District Judge

Case No. C 06 1793 JF RS
ORDER DENYING DEFENDANTS' MOTION TO STAY DISCOVERY
(DPSAGOK)