\*\*E-filed 5/21/07\*\*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>James E. TILTON, Secretary of the California Department of Corrections and Rehabilitation, and Robert L. Ayers Jr., Warden of San Quentin State Prison,<br><br>　　　　Defendants. | Case Number 5-6-cv-219-JF-RS<br>Case Number 5-6-cv-926-JF-RS<br><br>DEATH-PENALTY CASE<br><br>ORDER SETTING AGENDA FOR STATUS CONFERENCE<br><br><br>[] |
| PACIFIC NEWS SERVICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>James E. TILTON, Secretary of the California Department of Corrections and Rehabilitation, and Robert L. Ayers Jr., Warden of San Quentin State Prison,<br><br>　　　　Defendants. | Case Number 5-6-cv-1793-JF-RS<br><br>DEATH-PENALTY CASE<br><br>ORDER SETTING AGENDA FOR STATUS CONFERENCE<br><br><br>[] |

　　　　The Court has scheduled a joint status conference in the above-captioned related actions for June 1, 2007, at 2:00 p.m. In addition to any other issues that counsel may wish to address at the status conference, the Court is interested in the parties' views with respect to the following

questions:

1. What discovery, if any, is appropriate prior to the Court's consideration of Defendants' submission of May 15, 2007? What types of discovery disputes may arise, and what is the expected time line for such discovery? Do Defendants intend to renew their request for a protective order?

2. Is a further evidentiary hearing appropriate, and if so, what is the appropriate scope, duration, and timing of such a hearing? Should a portion of the hearing consist of an inspection of the new facilities at San Quentin, and if so, when should such inspection take place?

3. What additional legal briefing is expected, and what is the appropriate scope and timing of such briefing?

4. Should this Court request that the Marin Superior Court rule on Plaintiff Morales's claim based on California's Administrative Procedures Act prior to the entry of a final judgment in the present actions, or should these federal actions proceed without regard to the status of the state-court proceedings?

5. In light of Defendants' submission of May 15, 20007, is the current complaint of Plaintiff Pacific News Service unripe or moot? If not, should the complaint nonetheless be amended prior to further consideration by this Court?

Although counsel should be prepared to address these questions orally at the status conference, written submissions in advance of the conference are neither required nor solicited by this order.

DATED: May 21, 2007

_____
JEREMY FOGEL
United States District Judge