\*\*E-filed 7/20/07

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PACIFIC NEWS SERVICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>James E. TILTON, Secretary of the California Department of Corrections and Rehabilitation; Robert L. Ayers Jr., Warden of San Quentin State Prison; and Arnold Schwarzenegger, Governor of California,<br><br>　　　　　Defendants. | Case Number 5-6-cv-1793-JF-RS<br><br>DEATH-PENALTY CASE<br><br>ORDER RESCHEDULING HEARING ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT |

Defendants have noticed a motion to dismiss Plaintiff's first amended complaint to be heard on September 21, 2007. Defendants seek dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. In the alternative, Defendants seek dismissal pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction because Plaintiff's claims are not ripe for judicial decision.

In its order following the joint status conference held on June 1, 2007, in the above-captioned action and the related case of *Morales v. Tilton*, Nos. 5-6-cv-219-JF-RS & 5-6-cv-926-JF-RS, the Court directed that "[c]ounsel shall contact the Court's Death Penalty Staff Attorney to whom these actions are assigned to schedule hearing dates with respect to any motions to

1  dismiss. . . . The Court will hold an evidentiary hearing with respect to Defendants' submission
2  [of a revised lethal-injection protocol] on October 1 and 2, 2007." (Doc. No. 62 at 2.)
3    The Court believes that the evidentiary hearing is likely to assist the Court in its
4  consideration of the issues that Defendants raise in their motion. Accordingly, and good cause
5  therefor appearing, the Court hereby reschedules the hearing on Defendants' motion to 2:00 p.m.
6  on October 26, 2007.
7    IT IS SO ORDERED.

9  DATED: July 19, 2007

    JEREMY FOGEL
10   United States District Judge

2

Case No. 5-6-cv-1793-JF-RS
ORDER RESCHEDULING HEARING ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED
COMPLAINT
(DPSAGOK)